1  DAVID C. VEIS (SBN 83135)
   dveis@robinskaplan.com
2  LAURA P. NASH (SBN 136619)
   lnash@robinskaplan.com
3  ROBINS KAPLAN LLP
   2049 Century Park East, Suite 3400
4  Los Angeles, CA 90067-3283
   Telephone: (310) 552-0130
5  Facsimile: (310) 229-5800

6  Attorneys for Defendants
   Zurich American Insurance Company &
7  Fidelity and Deposit Company of Maryland

8  David E. Weiss (SBN 148147)
   dweiss@reedsmith.com
9  Ashley L. Shively (SBN 264912)
   ashively@reedsmith.com
10 Michele D. Yuen (SBN 301131)
   myuen@reedsmith.com
11 REED SMITH LLP
   101 Second Street, Suite 1800
12 San Francisco, CA 94105-3659
   Telephone: (415) 543-8700
13 Facsimile: (415) 391-8269

14 Attorneys for Plaintiffs
   CoreLogic, Inc., CoreLogic Default Information
15 Services, LLC, and CoreLogic Solutions LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CORELOGIC, INC., | Case No. 3:15-CV-03081-RS |
| Plaintiff, | **STIPULATION TO EXTEND DISCOVERY COMPLETION DEADLINES; [PROPOSED] ORDER** |
| vs. | |
| ZURICH AMERICAN INSURANCE COMPANY, | Judge:   Hon. Richard Seeborg |
| Defendant. | |

61223106.1

1  Plaintiffs CoreLogic, Inc., CoreLogic Default Information Services, LLC, and CoreLogic
2  Solutions LLC (collectively, "Plaintiffs") and defendants Zurich American Insurance Company
3  and Fidelity and Deposit Company of Maryland (collectively, "Defendants"), by and through
4  their counsel of record hereby stipulate and agree, subject to this Court's approval of this
5  stipulation, to a modification of the *Amended Case Management Order* (Dkt. 24) with respect to
6  the deadlines to complete non-expert and expert discovery as follows:

|  | **Current Deadline** | **Extended Deadline** |
|---|---|---|
| **Non-expert discovery:** | July 31, 2016 | August 31, 2016 |
| **Expert Designations:** | August 31, 2016 | September 30, 2016 |
| **Supplemental/Rebuttal Designations:** | September 30, 2016 | October 28, 2016 |
| **Expert discovery:** | October 31, 2016 | November 30, 2016 |

This stipulation is based upon the parties determination that additional time is needed to complete non-expert discovery due to the time necessitated in compiling and producing the large volume of documents intrinsic to this case, including documents just produced on July 8, 2016 by a third party financial institution. Additionally, so that the parties have the benefit of a full and fixed factual record, the expert deadlines have been adjusted accordingly.

DATED: July 11, 2016          Respectfully submitted,

ROBINS KAPLAN LLP


By:     /s/ David C. Veis
            David C. Veis

Attorneys for Defendants
Zurich American Insurance Company &
Fidelity and Deposit Company of Maryland

DATED: July 11, 2016                REED SMITH LLP

                                    By:     /s/ Ashley L. Shively
                                                Ashley L. Shively

                                    Attorneys for Plaintiffs
                                    CoreLogic Inc.; CoreLogic Default Information
                                    Services, LLC; & Corelogic Solutions LLC

ECF CERTIFICATION

The filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to this document.

Dated: July 11, 2016                By: /s/ David C. Veis
                                            David C. Veis

IT IS SO ORDERED.

DATED: 7/14/16

_____
The Honorable Richard Seeborg
UNITED STATES DISTRICT COURT JUDGE