DAVID C. VEIS (SBN 83135)
dveis@robinskaplan.com
LAURA P. NASH (SBN 136619)
lnash@robinskaplan.com
ROBINS KAPLAN LLP
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3283
Telephone: (310) 552-0130
Facsimile: (310) 229-5800

Attorneys for Defendants
Zurich American Insurance Company &
Fidelity and Deposit Company of Maryland

David E. Weiss (SBN 148147)
dweiss@reedsmith.com
Ashley L. Shively (SBN 264912)
ashively@reedsmith.com
Michele D. Yuen (SBN 301131)
myuen@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: (415) 543-8700
Facsimile: (415) 391-8269

Attorneys for Plaintiffs
CoreLogic, Inc., CoreLogic Default Information
Services, LLC, and CoreLogic Solutions LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CORELOGIC, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ZURICH AMERICAN INSURANCE COMPANY, <br><br> Defendant. | Case No. 3:15-CV-03081-RS <br><br> **STIPULATION TO EXTEND EXPERT DISCOVERY COMPLETION DEADLINES; [PROPOSED] ORDER** <br><br> Judge: Hon. Richard Seeborg |

61243010.1

Plaintiffs CoreLogic, Inc., CoreLogic Default Information Services, LLC, and CoreLogic Solutions LLC (collectively, "Plaintiffs") and defendants Zurich American Insurance Company and Fidelity and Deposit Company of Maryland (collectively, "Defendants"), by and through their counsel of record hereby stipulate and agree, subject to this Court's approval of this stipulation, to a modification of the *Amended Case Management Order* (Dkt. 24), as further modified by the *Stipulation to Extend Discovery Completion Deadlines; Order* (Dkt. 33), with respect to the deadlines to complete expert discovery as follows:

|  | **Current Deadline** | **Extended Deadline** |
| --- | --- | --- |
| **Expert Designations:** | September 30, 2016 | October 14, 2016 |
| **Supplemental/Rebuttal Designations:** | October 28, 2016 | November 11, 2016 |
| **Expert discovery:** | November 30, 2016 | December 14, 2016 |

This stipulation is based upon the parties determination that additional time is needed by their experts to form their opinions and for the parties to prepare for and complete expert discovery.

DATED: September 29, 2016        Respectfully submitted,

ROBINS KAPLAN LLP


By:      /s/ David C. Veis
              David C. Veis

Attorneys for Defendants
Zurich American Insurance Company &
Fidelity and Deposit Company of Maryland

1  DATED: September 29, 2016            REED SMITH LLP

                                        By:    /s/ David E. Weiss
                                               David E. Weiss

                                        Attorneys for Plaintiffs
                                        CoreLogic Inc.; CoreLogic Default Information
                                        Services, LLC; & Corelogic Solutions LLC

                                        ECF CERTIFICATION

The filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to this document.

Dated: September 29, 2016               By: /s/ David C. Veis
                                            David C. Veis


IT IS SO ORDERED.

DATED: 9/30/16

                                        _____
                                        The Honorable Richard Seeborg
                                        UNITED STATES DISTRICT COURT JUDGE