REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CORELOGIC, INC., a Delaware corporation; CORELOGIC DEFAULT INFORMATION SERVICES, LLC, a Florida limited liability company; and CORELOGIC SOLUTIONS, LLC, a California limited liability company;<br><br>Plaintiffs,<br><br>vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY, a New York corporation; FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation and subsidiary of Zurich American Insurance Company, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 3:15-cv-03081-RS<br><br>[~~PROPOSED~~] **ORDER GRANTING DISMISSAL OF ACTION WITH PREJUDICE**<br><br>[F.R.C.P. 41(a)(1)(A)(ii)] |

IT IS HEREBY ORDERED that, pursuant to the Stipulation of the parties, this matter is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: 5/4/17

_____
United States District Court Judge